

Direct Dial: (212) 894-6863
Direct Fax: (212) 370-4453
asurcouf@condonlaw.com

August 7, 2025

Hon. Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Baron v. Delta Air Lines, Inc.
Case No. 24-cv-08664-NCM-JAM
C/F Ref: 2462-11076

Dear Judge Kaminsky:

We represent Defendant Delta Air Lines, Inc. in the above-referenced action and together with Plaintiff, respectfully submit this joint letter pursuant to the Court's Order dated July 31, 2025.

The parties are currently engaged in productive informal settlement discussions and, therefore, do not believe a settlement conference is necessary at this time.

We will notify the Court promptly should the circumstances change.

Respectfully submitted,

Allison M. Surcouf
*Attorneys for Defendant*
*Delta Air Lines, Inc.*

**Condon & Forsyth LLP** / 7 Times Square / New York, NY 10036
Tel 212.490.9100 / Fax 212.370.4453 / condonlaw.com

**New York / Los Angeles / Miami / Sacramento / Seattle**