UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHMUEL BARON,<br>*Plaintiff*,<br>– against –<br>DELTA AIR LINES, INC.,<br>*Defendant*. | **ORDER**<br>24-cv-08664 (NCM) (CHK) |

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated July 16, 2026, from the Honorable Clay H. Kaminsky, United States Magistrate Judge. ECF No. 39.[1] No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

[1] On page three of the R&R, the parenthetical explanation following a citation to ECF No. 31 states that the letter requesting an extension of time was filed on October 20, 2026. This is a typographical error. The letter was filed on October 20, 2025.

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, defendant's motion to enforce the settlement agreement, ECF No. 34, is denied. The matter is referred to Magistrate Judge Kaminsky for pretrial supervision.

**SO ORDERED.**

*/s/Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated: August 11, 2026
Brooklyn, New York